IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>2022 VESSEL NAMED "SEDUCTORA", HULL IDENTIFICATION NUMBER VIV42087I223, BEARING PUERTO RICO REGISTRATION NUMBER 133291,<br><br>   Defendant *In Rem*. | Civil No.: |

**UNITED STATES OF AMERICA'S MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW, the United States files this Motion to Restrict in compliance with the Court's Standing Order No. 9, dated January 30, 2013, and requests that the Unsworn Declaration incorporated in the Verified Complaint for Forfeiture *In Rem* be filed Ex Parte, as it contains sensitive information that should remain confidential and under that restriction level until further order of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of April 2024.

                                      W. Stephen Muldrow
                                      United States Attorney

                                      */s/ Myriam Y. Fernández-González*
                                      Myriam Y. Fernández-González
                                      Assistant United States Attorney – 218011
                                      Torre Chardón, Suite 1201
                                      350 Carlos Chardón Street
                                      San Juan, Puerto Rico 00918
                                      Tel. (787) 766-5656; Fax. (787) 771-4050
                                      Email: Myriam.Y.Fernandez@usdoj.gov