UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>2022 VESSEL NAMED "SEDUCTORA", HULL IDENTIFICATION NUMBER VIV42087I223, BEARING PUERTO RICO REGISTRATION NUMBER 133291,<br><br>    Defendant *In Rem*. | Civil No.: |

**MOTION REQUESTING ISSUANCE OF WARRANT
OF ARREST IN REM UNDER SUPPLEMENTAL RULE G(3)(B)(i)**

TO THE HONORABLE COURT:

    COMES NOW, the United States of America, in support of its request for a warrant of arrest *In Rem*, respectfully states as follows:

    1.    Plaintiff has commenced a forfeiture action against the Defendant *In Rem* pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C); 21 U.S.C. § 881(a)(4) and (a)(6).

    2.    The Defendant *In Rem* is in the possession, custody, and control of the Drug Enforcement Administration (DEA). The Immigration and Customs Enforcement-Homeland Security Investigations (ICE-HSI) will take possession, custody, and control of the Defendant *In Rem* from the Drug Enforcement Administration (DEA).

    3.    Pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

Actions, "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control."

4. Pursuant to Supplemental Rule G(3)(c), that the warrant of arrest *In Rem* must be delivered to a person or organization authorized to execute it.

WHEREFORE, the United States of America respectfully requests that the Clerk of Court issue a warrant of arrest *In Rem* for the Defendant *In Rem*.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of April 2024.

                                       W. Stephen Muldrow
                                       United States Attorney

                                       */s/Myriam Y. Fernández-González*
                                       Myriam Y. Fernández-González
                                       Assistant United States Attorney – 218011
                                       Torre Chardón, Suite 1201
                                       350 Carlos Chardón Street
                                       San Juan, Puerto Rico 00918
                                       Tel. (787) 766-5656; Fax. (787) 771-4050
                                       Email: Myriam.Y.Fernandez@usdoj.gov