UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2022 VESSEL NAMED "SEDUCTORA", HULL IDENTIFICATION NUMBER VIV42087I223, BEARING PUERTO RICO REGISTRATION NUMBER 133291,<br><br>Defendant *In Rem*. | Civil No.24-cv-1180 SCC |

## WARRANT OF ARREST *IN REM* ISSUED PURSUANT SUPPLEMENTAL RULE G(3)(B)(i)

To Homeland Security Investigations (HSI) or any other Duly Authorized Law Enforcement Officer:

WHEREAS, the United States of America filed a Verified Complaint for Forfeiture *In Rem* in the United States District Court for the District of Puerto Rico seeking forfeiture of a 2022 Vessel named "Seductora", Hull Identification Number VIV42087I223, bearing Puerto Rico Registration Number 133291;

WHEREAS the Defendant *In Rem* is in the possession, custody, and control of the Drug Enforcement Administration (DEA); and

WHEREAS the Immigration and Customs Enforcement-Homeland Security Investigations (ICE-HSI) will take possession, custody, and control of the Defendant *In Rem* from the Drug Enforcement Administration (DEA);

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *In Rem* for the arrest of the Defendant *In Rem*;

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest *In Rem* must be delivered to a person or organization authorized to execute it;

YOU ARE THEREFORE COMMANDED, pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to seize the captioned Defendant *In Rem* and use discretion and whatever means appropriate to protect and maintain the Defendant *In Rem* pending the outcome of this action.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

In San Juan, Puerto Rico,   this 18th day of April , 2024.

Ada I. García-Rivera, Esq., CPA
Clerk of Court
United States District Court
District of Puerto Rico


By:   Deputy Clerk